UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUTCH & ASSOCIATES, INC. d/b/a HUTCH'S RESTAURANT; and DELAWARE RESTAURANT HOLDINGS, LLC d/b/a REMINGTON TAVERN & SEAFOOD EXCHANGE, for themselves and on behalf of a class of similarly situated policyholders,<br><br>         Plaintiffs,<br><br>- v -<br><br>ERIE INSURANCE COMPANY OF NEW YORK; ERIE INDEMNITY COMPANY d/b/a ERIE INSURANCE GROUP; ERIE INSURANCE COMPANY; ERIE INSURANCE PROPERTY & CASUALTY COMPANY; ERIE INSURANCE EXCHANGE; and FLAGSHIP CITY INSURANCE COMPANY,<br><br>         Defendants. | PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT<br><br>Civ. Action No.:<br>1:20-cv-00896-GWC<br><br>*Hon. Geoffrey Crawford, Presiding*<br><br>JURY TRIAL DEMANDED |

  Plaintiffs Hutch & Associates, Inc. d/b/a Hutch's Restaurant ("Hutch") and Delaware Restaurant Holdings, LLC d/b/a Remington Tavern & Seafood Exchange ("Remington") ("Plaintiffs"), by and through their attorneys, Duke Holzman Photiadis & Gresens LLP, as and for their corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, state as follows:

  (a) Hutch has no parent corporation(s), and no publicly held corporation owns 10% or more of Hutch's stock; and

  (b) Remington has no parent corporation(s), and no publicly held corporation owns 10% or more of Remington's stock.

- 2 -

Dated: Buffalo, New York
July 27, 2020

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: /s/ *Christopher M. Berloth*
Charles C. Ritter, Jr.
Christopher M. Berloth
*Attorneys for Plaintiffs*
*Hutch & Associates, Inc.* and
*Delaware Restaurant Holdings, LLC*
701 Seneca Street, Suite 750
Buffalo, New York 14210
Tel: (716) 855-1111
critter@dhpglaw.com
cberloth@dhpglaw.com