IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUTCH & ASSOCIATES, INC. d/b/a HUTCH'S RESTAURANT and DELAWARE RESTAURANT HOLDINGS, LLC d/b/a REMINGTON TAVERN & SEAFOOD EXCHANGE,<br><br>    Plaintiffs,<br><br>  -vs-<br><br>ERIE INSURANCE COMPANY OF NEW YORK, ERIE INDEMNITY COMPANY d/b/a, ERIE INSURANCE GROUP, ERIE INSURANCE COMPANY, ERIE INSURANCE PROPERTY & CASUALTY COMPANY, ERIE INSURANCE EXCHANGE, and FLAGSHIP CITY INSURANCE COMPANY,<br><br>    Defendants. | **NOTICE OF MOTION**<br><br>Case No. 1:20-cv-00896 |

| | | |
|---|---|---|
| MOTION MADE BY | : | Defendants, by and through their attorneys, Mura & Storm, PLLC, 930 Rand Building, 14 Lafayette Square, Buffalo, New York 14203. |
| DATE, TIME AND PLACE OF HEARING | : | Date, time and place of hearing to be determined by the Hon. Geoffrey W. Crawford. |
| SUPPORTING PAPERS | : | This Notice of Motion; Declaration of Roy A. Mura, Esq. with exhibit dated September 2, 2020, and Defendants' Memorandum of Law in Support with exhibits dated September 2, 2020. |
| RELIEF DEMANDED AND GROUNDS THEREFOR | : | An order of this Court pursuant to Fed. R. Civ. P. 12(b)(6) dismissing plaintiffs' amended complaint on the ground that it fails to state a claim upon which relief can be granted; and such other, further and/or different relief favoring movants as is just and proper. |

| | | |
|---|---|---|
| ANSWERING PAPERS | : | Pursuant to W.D.N.Y. L.R. 7(b)(2)(B), absent different deadlines set by the Court, plaintiffs shall have fourteen (14) days from the date of this notice to file and serve responding papers to this motion. Defendants intend to file and serve reply papers in further support of this motion, and absent deadlines set by the Court, defendants shall have seven (7) days after service of plaintiffs' responding papers to file and serve reply papers in further support of this motion. |
| ORAL ARGUMENT | : | Requested, but to be determined and scheduled by the Court. |

Dated: Buffalo, New York
September 2, 2020

_____
Roy A. Mura, Esq.
Scott D. Mancuso, Esq.
**MURA&STORM, PLLC**
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com
scott.mancuso@muralaw.com