

## MURA & STORM

ROY A. MURA
SCOTT D. STORM
KRIS E. LAWRENCE
JERRY MARTI
SCOTT D. MANCUSO
RYAN M. MURA
BRENDAN S. BYRNE

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
DOREEN A. WATSON

TRACEY J. EPSTEIN
Of Counsel

October 2, 2020

**VIA CM/ECF**
Hon. Geoffrey W. Crawford
United States District Court
Western District of New York

> Re:     ***Hutch & Associates, Inc. et al. v. Erie Insurance Company of New York, et al.***
> **Civ. Action No.:      1:20-cv-00896-GWC**
> **Our File No.:          9174**

Dear Judge Crawford:

This firm represents the Defendants in the above-referenced matter.  On September 2, 2020, Defendants filed a motion to dismiss Plaintiffs' Amended Complaint ("Motion to Dismiss") (Dkt. No. 11).  Pursuant to this Court's Scheduling/Case Management Order (Dkt. No. 13), Plaintiffs timely filed their opposition papers on September 30, 2020 (Dkt. Nos. 19 and 20).

Pursuant to Western District of New York Local Rule 7(b), I write jointly on behalf of Defendants and Plaintiffs to respectfully request:

• an enlargement of two weeks of Defendants' deadline to file their reply papers to October 28, 2020; and

• permission for Plaintiffs' to file a sur-reply memorandum of law not exceeding ten (10) pages in length by November 4, 2020 addressing only COVID-19-related court decisions that Defendants cite in their reply memorandum of law that have not already been cited in Defendants' and Plaintiffs' initial memoranda of law in support and opposition.

This is the parties' first request for an extension of the briefing schedule and permission to file a sur-reply brief.

Should the Court grant this request, we respectfully request that it "So Order" this letter in the space provided below.

# Mura&Storm, PLLC

Hon. Geoffrey W. Crawford
United States District Court
October 2, 2020
Page 2


Thank you for your time and attention to this matter.

Respectfully submitted,

**Mura&Storm, PLLC**


Roy A. Mura

RAM/me

cc:     All counsel of record (via CM/ECF)



**SO ORDERED:**            _____

Hon. Geoffrey W. Crawford

Dated:  October ____, 2020