

## MURA & STORM

ROY A. MURA
SCOTT D. STORM
KRIS E. LAWRENCE
JERRY MARTI
SCOTT D. MANCUSO
RYAN M. MURA
BRENDAN S. BYRNE

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
DOREEN A. WATSON

TRACEY J. EPSTEIN
Of Counsel

October 27, 2020

Hon. Geoffrey W. Crawford                                    **VIA CM/ECF**
United States District Court
Western District of New York

    Re: ***Hutch & Associates, Inc. et al. v. Erie Insurance Company of New York, et al.***
       Civ. Action No.:  1:20-cv-00896-GWC
       Our File No.:   9174

Dear Judge Crawford:

  This firm represents the Defendants in the above-referenced matter.

  Pursuant to the joint request of the parties (ECF Doc. 21), the Court previously ordered that Defendants' reply is due October 28, 2020 and Plaintiffs' sur-reply is due November 4, 2020 (ECF Doc. 22).

  Pursuant to Western District of New York Local Rule 7(b), I write on behalf of Defendants and, with consent of Plaintiffs' counsel, to respectfully request:

- an enlargement of two days of Defendants' deadline to file their reply papers to October 30, 2020; and

- an enlargement of two days for Plaintiffs to file their sur-reply memorandum of law not exceeding ten (10) pages in length by November 6, 2020 addressing only COVID-19-related court decisions that Defendants cite in their reply memorandum of law that have not already been cited in Defendants' and Plaintiffs' initial memoranda of law in support and opposition.

  This is the parties' second request for an extension of the briefing schedule, albeit only for a period of two days.

  Should the Court grant this request, we respectfully request that it "So Order" this letter in the space provided below.

MURA&STORM, PLLC

Hon. Geoffrey W. Crawford
United States District Court
October 27, 2020
Page 2

Thank you for your time and continued attention to this matter.

Respectfully submitted,

MURA&STORM, PLLC

Roy A. Mura

RAM/me

cc:   All counsel of record (via CM/ECF)

**SO ORDERED:** _____
Hon. Geoffrey W. Crawford

Dated: October 28, 2020