UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUTCH & ASSOCIATES, INC. d/b/a HUTCH'S RESTAURANT; and DELAWARE RESTAURANT HOLDINGS, LLC d/b/a REMINGTON TAVERN & SEAFOOD EXCHANGE, for themselves and on behalf of a class of similarly situated policyholders,<br><br>      Plaintiffs,<br><br>- v -<br><br>ERIE INSURANCE COMPANY OF NEW YORK; ERIE INDEMNITY COMPANY d/b/a ERIE INSURANCE GROUP; ERIE INSURANCE COMPANY; ERIE INSURANCE PROPERTY & CASUALTY COMPANY; ERIE INSURANCE EXCHANGE; and FLAGSHIP CITY INSURANCE COMPANY,<br><br>      Defendants. | Civ. Action No.:<br>1:20-cv-00896-GWC<br><br>*Hon. Geoffrey Crawford, Presiding* |
| BUFFALO XEROGRAPHIX INC., SHATKIN F.I.R.S.T. INC, AND TODD E. SHATKIN DDS PLLC for themselves and on behalf of a class of similarly situated policyholders,<br><br>      Plaintiffs,<br><br>- v -<br><br>THE HARTFORD INSURANCE GROUP a/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE COMPANY, LTD.; HARTFORD CASUALTY INSURANCE COMPANY; and HARTFORD INSURANCE COMPANY OF THE MIDWEST;<br><br>      Defendants. | Civ. Action No.:<br>No. 20-cv-00520-GWC<br><br>*Hon. Geoffrey Crawford, Presiding* |

| | |
|---|---|
| **MOTION MADE BY:** | **DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP**<br>*Attorneys for Plaintiffs in the above-captioned actions (the "Plaintiffs")* |
| **DATE, TIME, AND PLACE OF HEARING:** | On November 23, 2020, at 9:30am or such other date and time as the Court shall designate.<br>Before Hon. Geoffrey Crawford<br>United States District Court<br>Western District of New York<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **RELIEF REQUESTED:** | An Order consolidating the following actions (hereinafter, the "Covid-19 BI Cases) for the limited purpose of jointly considering whether the presence of novel coronavirus and the disease COVID-19 is, or could cause, "direct physical loss of or damage to" property to trigger coverage under the subject insurance policies: |

1. *Buffalo Xerographix Inc. et al. v. The Hartford Ins. Grp. et al.*, (W.D.N.Y. Index No. 1:20-cv-00520) (Hon. Geoffrey Crawford, Presiding);

2. *Hutch & Assocs., Inc. et al. v. Erie Ins. Co. of N.Y. et al.*, (W.D.N.Y. Index No. 1:20-cv-00896) (Hon. Geoffrey Crawford, Presiding);

3. *Kim-Chee LLC et al. v. Philadelphia Indemnity Insurance Company et al.*, (W.D.N.Y. Index No. 1:20-cv-01136) (Hon. Christina Reiss, Presiding);

4. *Salvatore's Italian Gardens, Inc. et al. v. Hartford Fire Ins. Co.*, (W.D.N.Y. Index No. 1:20-cv-00659) (Hon. Lawrence J. Vilardo and Hon. Leslie G. Foschio, Presiding).

| | |
|---|---|
| **GROUNDS FOR RELIEF:** | Federal Rule of Civil Procedure 42(a) |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Plaintiffs' Motion to Consolidate dated November 5, 2020, and ***Exhibit A*** annexed thereto |
| **RESPONDING PAPERS**: | Defendants shall have fourteen (14) days after service of this motion to file and serve responding papers. Plaintiffs shall have seven (7) days after service of the responding papers to file and serve reply papers. |

Dated: Buffalo, New York
       November 5, 2020

                              DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By:   /s/ *Steven W. Klutkowski*
      Charles C. Ritter, Jr.
      Steven W. Klutkowski
      Christopher M. Berloth
      *Attorneys for Plaintiffs*
      701 Seneca Street, Suite 750
      Buffalo, New York 14210
      critter@dhpglaw.com
      sklutkowski@dhpglaw.com
      cberloth@dhpglaw.com

cc via CM/ECF:    All Attorneys of Record