## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing **MOTION TO CONSOLIDATE AND BRIEF IN SUPPORT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| *Buffalo Xerographix Inc. et al. v. The Hartford Ins. Grp. et al.*, (W.D.N.Y. Index No. 1:20-cv-00520) | *Hutch & Assocs., Inc. et al. v. Erie Ins. Co. of N.Y. et al.*, (W.D.N.Y. Index No. 1:20-cv-00896) |
|---|---|
| Charles A. Michael, Esq. <br> Christopher M. Paparella, Esq. <br> Meghan Newcomer, Esq. <br> Sarah D. Gordon, Esq. <br> *Attorneys for Defendants* <br> Steptoe & Johnson LLP <br> 1114 Avenue of the Americas, 35th Floor <br> New York, New York 10036 <br> cmichael@steptoe.com <br> cpaparella@steptoe.com <br> mnewcomer@steptoe.com <br> sgordon@steptoe.com | Adam J. Kaiser, Esq. <br> Kristin A. Shepard, Esq. <br> Tiffany L. Powers, Esq. <br> *Attorneys for Defendants* <br> Alston & Bird LLP <br> 90 Park Avenue <br> New York, NY 10016 <br> adam.kaiser@alston.com <br> Kristin.shepard@alston.com <br> tiffany.powers@alston.com |
| Eugene Welch, Esq. <br> Matthew E. Mitchell, Esq. <br> *Attorneys for Defendants* <br> Tully Rinckey, PLLC <br> 400 Linden Oaks, Suite 110 <br> Rochester, NY 14625 <br> ewelch@tullylegal.com <br> mmitchell@tullylegal.com | Roy A. Mura, Esq. <br> Scott D. Mancuso, Esq. <br> *Attorneys for Defendants* <br> 930 Rand Building <br> 14 Lafayette Square <br> Buffalo, NY 14203 <br> roy.mura@muralaw.com <br> scott.mancuso@muralaw.com |

This 5th day of November, 2020.

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: /s/ *Steven W. Klutkowski*
_____
Charles C. Ritter, Jr.
Steven W. Klutkowski
Christopher M. Berloth
*Attorneys for Plaintiffs*
701 Seneca Street, Suite 750
Buffalo, New York 14210
critter@dhpglaw.com
sklutkowski@dhpglaw.com
cberloth@dhpglaw.com